UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ELNATHAN WASHINGTON, | ) CV 12-307-AG (SH) |
| | ) |
| Petitioner, | ) ORDER OF DISMISSAL |
| v | ) |
| DOMINGO URIBE, Warden, | ) |
| Respondent. | ) |

Pursuant to petitioner's Response to the Motion to Dismiss, the action is hereby dismissed without prejudice.

DATED: March 31, 2012

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DATED: February 21, 2012

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

1